# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KIRTI A. MEHTA, | |
| Plaintiff(s), | |
| v. | 2:21-cv-01493-APG-VCF |
| VICTORIA PARTNERS DBA PARK-MGM CASINO & HOTEL OPERATOR, AND ITS OFFICERS INDIVIDUALLY & COLLECTIVELY, PRESIDENT & CEO, MS. ANN HOFF AND MS. LONDON SWINNEY. AND MGM INTERNATIONAL, A CORPORATE HEADQUARTER AND PRESIDENT & CEO, MR. BILL HORNBUCKER AND CHAIRMAN. TERRENCE LANNI, JOSEPH A. CARBO, JR., SR. VICE PRESIDENT, RYAN GUADIZ, MARKETING EXECUTIVE, SUBSIDIARIES OF MGM, BORGOTA CASINO, ARIA CASINO, MIRAGE CASINO, BEAU RIVAGE CASINO, GOLD STRIKE CASINO, MANDALAY BAY CASINO, | **ORDER** |
| Defendant(s). | |

Before me is Plaintiff's discovery and disclosures and plan addressed to defendants. (ECF No. 16).

Under LR 26-7, originals of responses to written discovery requests must be served on the party who served the discovery request, and that party must make the originals available at the pretrial hearing, at trial, or when ordered by the court. In addition to the documents listed in Fed. R. Civ. P. 5(d)(1)(A), deposition notices and deposition transcripts must not be filed with the court until they are used in the proceeding, unless the court orders otherwise.

Accordingly,

I ORDER that Plaintiff's discovery and disclosures and plan addressed to defendants (ECF No. 16) is STRICKEN.

DATED this 9th day of November, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE