# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

KIRTI A. MEHTA,

        Plaintiff(s),

v.

VICTORIA PARTNERS DBA PARK-MGM CASINO & HOTEL OPERATOR, AND ITS OFFICERS INDIVIDUALLY & COLLECTIVELY, PRESIDENT & CEO, MS. ANN HOFF AND MS. LONDON SWINNEY. AND MGM INTERNATIONAL, A CORPORATE HEADQUARTER AND PRESIDENT & CEO, MR. BILL HORNBUCKER AND CHAIRMAN. TERRENCE LANNI, JOSEPH A. CARBO, JR., SR. VICE PRESIDENT, RYAN GUADIZ, MARKETING EXECUTIVE, SUBSIDIARIES OF MGM, BORGOTA CASINO, ARIA CASINO, MIRAGE CASINO, BEAU RIVAGE CASINO, GOLD STRIKE CASINO, MANDALAY BAY CASINO,

        Defendant(s).

2:21-cv-01493-APG-VCF

**ORDER**

    Before me are Defendants proposed discovery plan and scheduling order (ECF No. 18), Plaintiff's proposed discovery plan and scheduling order (ECF No. 19), Plaintiff's motion to strike Defendants' initial disclosures (ECF No. 21), and Plaintiff's second motion to strike (ECF NO. 22).

    On October 13, 2021, all appearing defendants filed their motion to dismiss all claims against them (ECF No. 9). Briefing is complete.

    Considering the arguments presented in that briefing and plaintiff's conduct to date regarding discovery, I conclude that the interests of justice and conservation of judicial resources will be best served by a stay of all discovery until the motion to dismiss ECF No. 9 is decided.

    Accordingly, I ORDER all discovery STAYED in this case.

I FURTHER ORDER that Defendants proposed discovery plan and scheduling order (ECF No. 18), Plaintiff's proposed discovery plan and scheduling order (ECF No. 19), Plaintiff's motion to strike Defendants' initial disclosures (ECF No. 21), and Plaintiff's second motion to strike (ECF NO. 22) are DENIED without prejudice.

I FURTHER ORDER that if any of plaintiff's claims survive after the motion to dismiss is decided, the parties must file a proposed discovery plan and scheduling order not later than 20 days after entry of Judge Gordon's order deciding that motion.

DATED this 15th day of December 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE